IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS UNION ) <br> NO. 142 PENSION FUND, TRUSTEES OF THE ) <br> TEAMSTERS UNION LOCAL NO. 142 ) <br> TRAINING AND APPRENTICESHIP TRUST ) <br> FUND, and TRUSTEES OF THE TEAMSTERS ) <br> UNION LOCAL NO. 142 ANNUITY FUND, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JOHNNY MCCLENDON, JR., ) <br> ) <br> Judgment Defendant. ) <br> ) <br> QUARTER CIRCLE JK RANCH ) <br> ) <br> Garnishee Defendant. ) | CASE NO. 2:18-cv-472-JVB-JEM |

**PLAINTIFFS' MOTION TO DISBURSE FUNDS**

Plaintiffs, Trustees of the Teamsters Union No. 142 Pension Fund, et al., respectfully request that the Court disburse funds received from Garnishee Quarter Circle JK Ranch which were attached and remitted from the employer of Judgment Defendant Johnny McClendon, Jr., and which are now on deposit with the Clerk. The Court issued its Order for Garnishment with respect to this Garnishee on March 18, 2025. (Doc. 92).

Respectfully Submitted,

**LEDBETTER PARTNERS LLC**

/s/ Sawyer C. Lehman
Sawyer C. Lehman (IN#35287-49)
429 N Pennsylvania St., Suite 409
Indianapolis, IN 46204

1

(937) 619-0900  
(937) 619-0999 (fax)  
slehman@fringebenefitlaw.com  
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

 I hereby certify that on December 11, 2025, a copy of the foregoing motion was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Service will be made upon Defendants following entry of the Court's order granting the foregoing motion.

 /s/ Sawyer C. Lehman  
 Sawyer C. Lehman  
 *Counsel for Plaintiffs*