UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE TEAMSTERS | ) | |
| UNION NO. 142 PENSION FUND, *et al.*, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     v. | ) | CAUSE NO.: 2:18-CV-472-JEM |
| | ) | |
| JOHNNY MCCLENDON, JR., | ) | |
|     Judgment Defendant, | ) | |
| | ) | |
|     and | ) | |
| | ) | |
| QUARTER CIRCLE JK RANCH., | ) | |
|     Garnishee Defendant . | ) | |

**DISBURSEMENT ORDER**

This matter is before the Court on Plaintiff's Motion to Disburse Funds [DE 93], filed on December 11, 2025. Plaintiffs move to have the funds remitted from the employer of the Judgment Defendant, currently on deposit with the Clerk, disbursed to them.

On March 18, 2025, the Court entered an order for garnishment requiring Garnishee Defendant Quarter Circle JK Ranch to turn over money from Judgment Defendant Johnny McClendon, Jr.'s salary until the balance of judgment was paid. Plaintiff now requests disbursement of the funds that have been collected.

Accordingly, the Court **ORDERS** the Clerk of Court to **DISBURSE** the sum deposited with the Court by Garnishee Defendant Quarter Circle JK Ranch pursuant to the Court's March 18, 2025 Garnishment Order. The disbursement of the funds should be made payable to Trustees of the Teamsters Union No. 142 Pension Fund, Training and Apprenticeship Trust Fund, and

1

Annuity Fund, and provided to Plaintiffs' attorney.

      SO ORDERED this 11th day of December, 2025.

                                              s/ John E. Martin
                                              MAGISTRATE JUDGE JOHN E. MARTIN
                                              UNITED STATES DISTRICT COURT

cc:   All counsel of record
      United States District Court Financial Department