IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE TEAMSTERS UNION NO. 142 PENSION FUND, et al., | ) | |
| Plaintiffs, | ) | CASE NO. 2:18-cv-472-JVB-JEM |
| v. | ) | |
| JOHNNY MCCLENDON, JR., | ) | |
| Defendant. | ) | |

**VERIFIED MOTION TO ENFORCE JUDGMENT BY PROCEEDINGS SUPPLEMENTAL TO EXECUTION**

Plaintiffs, Trustees of the Teamsters Union No. 142 Pension Fund, Training and Apprenticeship Trust Fund, and Annuity Fund, move the Court pursuant to Rule 69 of the Federal Rules of Civil Procedure to command the Judgment Defendant, Johnny McClendon, Jr. to appear before the Court to answer as to all non-exempt property or income subject to execution. In support of this Motion, Plaintiffs state:

1. Plaintiffs are owners of a judgment against the Judgment Defendant, Johnny McClendon, Jr., entered in this Court on May 4, 2021, in the total amount of Fifty-Six Thousand Dollars ($56,000), plus post-judgment interest at the 1-Year Constant Maturity Treasury Rate on the date that the Judgment was entered.

2. Judgment Defendant previously had an Order for Wage Garnishment. Some payments were received toward the amount owed, but he has since been terminated. A balance of **$51,777.47** plus accumulating interest is still owed.

3. Plaintiffs have no cause to believe that levy of execution against the Judgment Defendant will satisfy the judgment in full or in part.

4. Plaintiffs request that the Judgment Defendant, Johnny McClendon, Jr., be ordered to appear in person before the Court to answer as to his income, assets, profits, and other non-exempt property subject to execution and proceedings supplemental to execution; and that Judgment Defendant be ordered to apply its non-exempt property subject to proceedings supplemental toward satisfaction of Plaintiffs' judgment.

WHEREFORE, Plaintiffs respectfully request the Court order Judgment Defendant, Johnny McLendon, Jr., to appear before the Court to answer as to its non-exempt property subject to execution or proceedings supplemental, and to apply its non-exempt property toward satisfaction of Plaintiffs' judgment.

Date: October 16, 2026

Respectfully submitted,

LEDBETTER PARTNERS LLC

/s/ Thomas R. Kendall
Thomas R. Kendall (26859-15)
5078 Wooster Road, Suite 400
Cincinnati, OH 45226
(937) 619-0900 (ph)
(937) 619-0999 (fax)
tkendall@fringebenefitlaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, a copy of the foregoing motion was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Service will be made upon Defendants following the entry of the Court's order granting the foregoing motion pursuant to Indiana Trial Rule 69(e).

/s/ Thomas R. Kendall
Thomas R. Kendall
*COUNSEL FOR PLAINTIFFS*