**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE TEAMSTERS UNION NO. 142 PENSION FUND, *et al*., Plaintiffs, | ) | |
| v. | ) | CAUSE NO.: 2:18-CV-472-JEM |
| JOHNNY MCCLENDON, JR., Defendant. | ) | |

**ORDER TO APPEAR**

This matter is before the Court on a Verified Motion to Enforce Judgment by Proceedings Supplemental to Execution [[DE 97], filed by Plaintiffs on October 16, 2026.

Plaintiffs are the owners of a judgment against Defendant Johnny McClendon, Jr., in the amount of $56,000.00 dated May 4, 2021. A balance of $51,777.47 plus accumulating interest is still owed. Plaintiffs ask the Court to order Defendant to appear and answer as to their non-exempt property subject to payment of the judgments. Plaintiffs represent that they do not believe that levy of execution against Defendant will satisfy the judgments.

Having reviewed the Motion, the Court **GRANTS** the Verified Motion to Enforce Judgment by Proceedings Supplemental to Execution [DE 97] and **ORDERS** Defendant Johnny McClendon, Jr., to appear **in person** in this Court, United States Courthouse, 5400 Federal Plaza, Hammond, Indiana, 46320, on **November 19, 2026, at 12:00 p.m.**, to answer as to Defendant's income, assets, profits, and other non-exempt property subject to execution and proceedings supplemental to execution. The Court **ORDERS** Defendant to produce the documentation and information requested in interrogatories and/or request for production of documents to be served

by Plaintiffs. Defendant is hereby advised that failure to appear as required or other disobedience of this Order may warrant sanctions by the Court.

The Court **ORDERS** Plaintiffs' counsel to serve a copy of the Verified Motion to Enforce Judgment by Proceedings Supplemental to Execution [DE 97], this Order, Plaintiffs' interrogatories, request for production of documents and all other appropriate related documents on Defendant McClendon by certified mail, return receipt requested.

SO ORDERED this 22nd day of October, 2026.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc: All counsel of record
Defendant, *pro se*