IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE TEAMSTERS UNION NO. 142 PENSION FUND, et al., | ) | |
| Plaintiffs, | ) | CASE NO. 2:18-cv-472-JVB-JEM |
| v. | ) | |
| JOHNNY MCCLENDON, JR., | ) | |
| Defendant. | ) | |

**PROOF OF SERVICE**

Plaintiff hereby notifies the Court that, on October 24, 2026, their counsel served copies of Order to Appear (Doc.#98) dated October 22, 2026, by certified mail, upon the following:

Johnny McClendon Jr.
2712 W. 57th Pl.
Merrillville, IN 46410

Tracking information from the United States Postal Service indicates that the copies sent via certified mail were delivered on October 24, 2026. (*See* Exhibit A.)

Respectfully submitted,

LEDBETTER PARTNERS LLC

/s/ Thomas R. Kendall
Thomas R. Kendall (26859-15)
5078 Wooster Road, Suite 400
Cincinnati, OH 45226
(937) 619-0900 (ph)
(937) 619-0999 (fax)
tkendall@fringebenefitlaw.com
*Attorneys for Plaintiffs*