# EXHIBIT A

Ledbetter Partners LLC

October 22, 2026

Certified # 9589 0710 5270 3371 6044 16

Johnny McClendon Jr.
2712 W. 57th Pl.
Merrillville, IN 46410

**Re: Case No. 2:18-cv-00472-JEM, *Trustees of the Teamsters Union No. 142 Pension Fund, et al. v. Johnny McClendon, Jr.***

Dear Mr. McClendon:

Please find a copy of the Order to Appear for Proceedings Supplemental, filed in the action named above on behalf of the Trustees of the Teamsters Union No. 142 Pension Fund, et al.

You may contact me with any questions via email at slehman@fringebenefitlaw.com.

Sincerely,

Thomas R. Kendall

TRK/eag

Encl.

Cincinnati - 5078 Wooster Road, Suite 400, Cincinnati 45226
Indianapolis - 429 N. Pennsylvania Street, Suite 409, Indianapolis, Indiana 46204
937.619.0900 | fax: 937.619.0999 | www.fringebenefitlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE TEAMSTERS UNION NO. 142 PENSION FUND, et al., | ) | |
| Plaintiffs, | ) | CASE NO. 2:18-cv-472-JVB-JEM |
| v. | ) | |
| JOHNNY MCCLENDON, JR., | ) | |
| Defendant. | ) | |

**VERIFIED MOTION TO ENFORCE JUDGMENT BY PROCEEDINGS SUPPLEMENTAL TO EXECUTION**

Plaintiffs, Trustees of the Teamsters Union No. 142 Pension Fund, Training and Apprenticeship Trust Fund, and Annuity Fund, move the Court pursuant to Rule 69 of the Federal Rules of Civil Procedure to command the Judgment Defendant, Johnny McClendon, Jr. to appear before the Court to answer as to all non-exempt property or income subject to execution. In support of this Motion, Plaintiffs state:

1. Plaintiffs are owners of a judgment against the Judgment Defendant, Johnny McClendon, Jr., entered in this Court on May 4, 2021, in the total amount of Fifty-Six Thousand Dollars ($56,000), plus post-judgment interest at the 1-Year Constant Maturity Treasury Rate on the date that the Judgment was entered.

2. Judgment Defendant previously had an Order for Wage Garnishment. Some payments were received toward the amount owed, but he has since been terminated. A balance of **$51,777.47** plus accumulating interest is still owed.

3. Plaintiffs have no cause to believe that levy of execution against the Judgment Defendant will satisfy the judgment in full or in part.

4. Plaintiffs request that the Judgment Defendant, Johnny McClendon, Jr., be ordered to appear in person before the Court to answer as to his income, assets, profits, and other non-exempt property subject to execution and proceedings supplemental to execution; and that Judgment Defendant be ordered to apply its non-exempt property subject to proceedings supplemental toward satisfaction of Plaintiffs' judgment.

WHEREFORE, Plaintiffs respectfully request the Court order Judgment Defendant, Johnny McLendon, Jr., to appear before the Court to answer as to its non-exempt property subject to execution or proceedings supplemental, and to apply its non-exempt property toward satisfaction of Plaintiffs' judgment.

Date: October 16, 2026

Respectfully submitted,

LEDBETTER PARTNERS LLC

/s/ Thomas R. Kendall
Thomas R. Kendall (26859-15)
5078 Wooster Road, Suite 400
Cincinnati, OH 45226
(937) 619-0900 (ph)
(937) 619-0999 (fax)
tkendall@fringebenefitlaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, a copy of the foregoing motion was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Service will be made upon Defendants following the entry of the Court's order granting the foregoing motion pursuant to Indiana Trial Rule 69(e).

/s/ Thomas R. Kendall
Thomas R. Kendall
*COUNSEL FOR PLAINTIFFS*

USDC IN/ND case 2:18-cv-00472-JEM document 98 filed 10/22/26 page 1 of 2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

TRUSTEES OF THE TEAMSTERS UNION NO. 142 PENSION FUND, *et al.*,
Plaintiffs,

v.

JOHNNY MCCLENDON, JR.,
Defendant.

CAUSE NO.: 2:18-CV-472-JEM

**ORDER TO APPEAR**

This matter is before the Court on a Verified Motion to Enforce Judgment by Proceedings Supplemental to Execution [[DE 97], filed by Plaintiffs on October 16, 2026.

Plaintiffs are the owners of a judgment against Defendant Johnny McClendon, Jr., in the amount of $56,000.00 dated May 4, 2021. A balance of $51,777.47 plus accumulating interest is still owed. Plaintiffs ask the Court to order Defendant to appear and answer as to their non-exempt property subject to payment of the judgments. Plaintiffs represent that they do not believe that levy of execution against Defendant will satisfy the judgments.

Having reviewed the Motion, the Court **GRANTS** the Verified Motion to Enforce Judgment by Proceedings Supplemental to Execution [DE 97] and **ORDERS** Defendant Johnny McClendon, Jr., to appear **in person** in this Court, United States Courthouse, 5400 Federal Plaza, Hammond, Indiana, 46320, on **November 19, 2026, at 12:00 p.m.**, to answer as to Defendant's income, assets, profits, and other non-exempt property subject to execution and proceedings supplemental to execution. The Court **ORDERS** Defendant to produce the documentation and information requested in interrogatories and/or request for production of documents to be served

by Plaintiffs. Defendant is hereby advised that failure to appear as required or other disobedience of this Order may warrant sanctions by the Court.

The Court **ORDERS** Plaintiffs' counsel to serve a copy of the Verified Motion to Enforce Judgment by Proceedings Supplemental to Execution [DE 97], this Order, Plaintiffs' interrogatories, request for production of documents and all other appropriate related documents on Defendant McClendon by certified mail, return receipt requested.

SO ORDERED this 22nd day of October, 2026.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc: All counsel of record
Defendant, *pro se*

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Johnny McClendon Jr.
2712 W. 57th Pl.
Merrillville, IN 46410

9590 9402 7902 2234 3913 18

2. Article Number (Transfer from service label)

9589 0710 5270 3371 6044 16

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X J. McClendon
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
10-2-26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
ail
ail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052703371604416

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 12:21 pm on October 24, 2026 in MERRILLVILLE, IN 46410.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**

MERRILLVILLE, IN 46410
October 24, 2026 12:21 PM

**Arrived at USPS Facility**

GARY IN DISTRIBUTION CENTER
October 23, 2026 2:28 PM

**Arrived at USPS Facility**

CINCINNATI OH DISTRIBUTION CENTER
October 22, 2026 9:49 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

---

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**