IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE TEAMSTERS UNION NO. 142 PENSION FUND, et al., | ) | |
| Plaintiffs, | ) | CASE NO. 2:18-cv-472-JVB-JEM |
| v. | ) | |
| JOHNNY MCCLENDON, JR., | ) | |
| Defendant. | ) | |

**MOTION TO SHOW CAUSE FOR FAILURE TO APPEAR**

This matter is before the Court on Plaintiffs' Verified Motion for Proceedings Supplemental (Doc. #97). Plaintiffs move the Court for an order directing Defendant, Johnny McClendon, Jr., to appear and show cause as to why he should not be held in contempt of court, for Defendant's failure to appear as ordered. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs are owners of a judgment against the Judgment Defendant, Johnny McClendon, Jr., entered in this Court on May 4, 2021, in the total amount of Fifty-Six Thousand Dollars ($56,000), plus post-judgment interest at the 1-Year Constant Maturity Treasury Rate on the date that the Judgment was entered.

2. Judgment Defendant previously had an Order for Wage Garnishment. Some payments were received toward the amount owed, but he has since been terminated. A balance of **$51,777.47** plus accumulating interest is still owed.

3. Upon information and belief, Defendants may have nonexempt property which is subject to attachment in satisfaction of the judgment. Accordingly, Plaintiffs filed their Verified Motion for Proceedings Supplemental on October 16, 2026. (Doc. #97).

4. In connection with the proceedings supplemental, Defendant was ordered to appear before the Court on November 19, 2026 at 12:00 p.m. (Doc. #98).

5. Defendant was served with the order to appear by certified mail on October 24, 2026. (Exhibit 1 and Doc. #99). Service of the order was made more than 20 days before the date required for appearance, in conformity with Indiana Trial Rule 69(E).

6. Despite service of the order, no representative of Defendant appeared for the hearing. (Doc. #100).

7. Defendant's failure to appear constitutes noncompliance with the terms of the order to appear and, furthermore, thwarts Plaintiffs' efforts to collect the judgment balance, the purpose for which such proceedings were issued.

8. It is reasonable to require Mr. McClendon to appear and show cause as to why neither he, nor any other representative of Defendant, appeared as ordered.

WHEREFORE, Plaintiffs request that the Court issue an order requiring Johnny McClendon Jr. to appear and show cause as to why he and Defendant should not be held in contempt for Defendant's failure to appear.

Respectfully submitted,

LEDBETTER PARTNERS LLC

/s/ Thomas R. Kendall
Thomas R. Kendall (26859-15)
5078 Wooster Road, Suite 400
Cincinnati, OH 45226
(937) 619-0900 (ph)
(937) 619-0999 (fax)
tkendall@fringebenefitlaw.com
*Attorneys for Plaintiffs*