**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE TEAMSTERS<br>UNION NO. 142 PENSION FUND, *et al.*,<br>Plaintiffs, | ) | |
| v. | ) | CAUSE NO.: 2:18-CV-472-JEM |
| JOHNNY MCCLENDON, JR.,<br>Defendant. | ) | |

**ORDER TO SHOW CAUSE**

This matter is before the Court on a Motion to Show Cause for Failure to Appeal [DE 101], filed by Plaintiffs on November 20, 2026. On October 22, 2026, the Court set this matter for proceedings supplemental to execution and ordered Defendant Johnny McClendon, Jr., to appear in person in this Court on November 19, 2026. Plaintiffs have filed proof of service indicating that Defendant McClendon was served with the Order to Appear on October 24, 2026. Mr. McClendon failed to appear on November 19, 2026, without explanation. Plaintiffs now request that Defendant McClendon be ordered to show cause for his failure to appear.

Accordingly, the Court **ORDERS** Defendant Johnny McClendon, Jr., to appear **in person** before this Court on **December 17, 2026, at 12:30 p.m.** (Central Time), 5400 Federal Plaza, Hammond, Indiana, Magistrate Courtroom 3, to **SHOW CAUSE**, if any, why he should not be held in contempt of Court and sanctioned for his failure to appear as ordered for the November 19, 2026, hearing. Counsel may appear telephonically by calling 833-568-8864; enter Meeting ID: 161-0956-8055; push # to skip Participant ID; and enter passcode: 815985 when prompted.

The Court **WARNS** Defendant McClendon that failure to appear at this Show Cause Hearing may result in sanctions.

SO ORDERED this 20th day of November, 2026.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc: All counsel of record
Defendant, *pro se*, by first class mail, and certified mail, return receipt requested